IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | No. 08-107M |
| SEARCH WARRANT | ) | |

## MOTION AND ORDER TO UNSEAL FILE

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Application and Affidavit for Search Warrant and Search Warrant, which original documents are to remain sealed with the exception of Exhibits 2 - 12, with the enclosed redacted copies of the Application and Affidavit for Search Warrant and Search Warrant from which is redacted confidential information concerning a child , 18 U.S.C. 3509(d), and privacy policy information concerning a defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:

**IT IS SO ORDERED** this 30th day of June, 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge