AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

DISTRICT OF Delaware

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓, New Castle, DE, depicted in Exhibit 1 of the Affidavit

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 08-107m

I   Michelle Taylor   being duly sworn depose and say:

I am a(n) Special Agent of the FBI
        *Official Title*
and have reason to believe

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓▓▓, New Castle, DE, described above

in the _____ District of __Delaware__

there is now concealed a certain person or property, namely (describe the person or property)

   see attachment A

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

   evidence of a crime

in violation of Title __18__ United States Code, Section(s) __2251__
The facts to support the issuance of a Search Warrant are as follows:

   see attached affidavit

*[FILED stamp: 2008 JUN 16 PM 5:11, CLERK U.S. DISTRICT COURT, DISTRICT OF DELAWARE]*

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

*[signature]*
Signature of Affiant
SA Michelle Taylor, FBI

Sworn to before me, and subscribed in my presence

Date 6/16/08    at   Wilmington, DE
                      City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name and Title of Judicial Officer

*[signature]*
Signature of Judicial Officer





ATTACHMENT A

LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. All female clothing, both adult and childrens, including that depicted in Exhibits 1-12 of the affidavit..

2. All dildos and sex toys, including those depicted in Exhibits 1-12 of the affidavit.

3. All furniture, bedding, wall hangings and other items depicted in Exhibits 1-12 of the affidavit.

4. All nail polish, tattoo kits, and white string/cord.

THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

IN THE MATTER OF THE         )
SEARCH OF:                   )
THE PREMISES KNOWN AS        )      Case No. _____
~~██████████████████~~       )
New Castle, DE 19720         )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Michelle Carron Taylor, a Special Agent with the Federal Bureau of Investigation (FBI), Baltimore Division, Wilmington, Delaware Resident Agency, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed by the FBI since November 2005 and my responsibilities include investigations into cyber crimes and crimes against children. I received training on cyber crime investigations at Quantico, Virginia.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am investigating the activities which occurred at ████████████, New Castle, DE 19720 (the premises). As will be shown below, there is probable cause to believe that there is evidence of the production of child pornography at the premises,

in violation of Title 18, United States Code, § 2251. I am submitting this Affidavit in support of a search warrant authorizing a search of the premises of ███████████, New Castle, DE 19720. I am requesting authority to search the entire premises for instrumentalities, fruits, and evidence of the referenced crime.

4.  All information contained in this affidavit is either personally known to the affiant or has been related to the affiant by other Special Agents of the Federal Bureau of Investigation and Detectives from the New Castle County Police Department. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of Title 18, U.S.C. § 2251, are presently located at the premises.

### STATUTORY AUTHORITY

5.  This investigation concerns alleged violations of Title 18, United States Code, § 2251, relating to material involving the sexual exploitation of minors. 18 U.S.C. § 2251(a) generally prohibits employing, using, or enticing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. 18 U.S.C. § 2251(b) prohibits a

parent or guardian permitting a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct.

## DEFINITIONS

6. The following definitions apply to this Affidavit and Attachment A to this Affidavit:

   a. "Child Erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

   b. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct (see 18 U.S.C. §§ 2252 and 2256(2)).

   c. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

   d. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital,

oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons.  See 18 U.S.C. § 2256(2).

## BACKGROUND OF THE INVESTIGATION

7. On September 19, 2007, Detective Jason Wilson, Detective Christopher Shanahan, and Detective Charles Twardowski of the New Castle County Police Department executed a search warrant, issued by the Delaware Justice of the Peace Court, authorizing a search of the premises for property related to the possession of child pornography in violation of the law of the state of Delaware.  Pursuant to this search warrant, the Detectives from the New Castle County Police Department seized various items, including a computer and approximately one hundred computer disks.  At the time the search warrant was executed, no one was home at the premises.  However, shortly thereafter, Det Wilson made telephone contact with William Phillips who generally stated that he lived alone at the premises and had sole access to the computer there; that he liked "younger, not kids" and had downloaded a lot of "pornography" to his computer; that he wanted to cooperate 100% but did not want to be arrested and "put in jail for 20 years."  William Phillips did not accept an invitation to visit NCCPD headquarters that day to discuss the matter.  A state court arrest warrant for possession of child

pornography was then obtained by Detective Wilson for Phillips, and the warrant was executed on September 19, 2007. Phillips was released on bail by a Delaware state court following his preliminary hearing on approximately September 26, 2007.

   8.   Within one month of the search, Detective Shanahan, a forensic computer examiner, determined the computer contained approximately 250,000 picture images and 1,200 videos, with approximately 95% of that material being equal amounts of child pornography and child erotica. Based on the volume of child pornography images discovered on the computer hard drive, Det. Shanahan suspended his examination of the approximate 100 computer disks.

   9.   Shortly after the search warrant, Detective Jason Wilson of the New Castle County Police Department, learned that the premises was owned by Phillips' mother or grandmother. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Det. Wilson provided the pictures to Det. Christopher Shanahan as a reference tool during his forensic examination of the collected computer media. Det. Shanahan did not detect ▮▮▮▮▮▮▮▮ among the images found

5

on Phillips' computer hard drive. ▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

10. On February 26, 2008, Phillips was indicted by the grand jury for the District of Delaware on charges including the attempted distribution, receipt, and possession of child pornography. Phillips appeared in District Court on February 27, 2008, from which date he has remained a pretrial detainee. Phillips' state charges were dismissed after the federal indictment.

11. On or about June 4, 2008, Detective Shanahan began his examination of the computer disks seized in the September 19, 2007 search. The compact disks are CD-R, capable of being burned by a home computer, and some volume names, as witnessed by your affiant, are as follows:

My ▬▬▬
My ▬▬▬ DISK
My ▬▬▬ PIC
▬▬▬

12. Your affiant viewed fifteen of the disks collected from the September 19, 2007 search, which contained over three thousand images, of which the majority are of ▬▬▬ Your affiant recognizes ▬▬▬ from the above referenced photos given

6

to Det. Wilson by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Many of the pictures appear to be different series of photos, or "sessions" in which ▮▮▮▮ starts out fully clothed and as the photos progress, articles of clothing are removed until finally her genitals are lasciviously displayed. Most of these photo sessions appear to have taken place in the same room in which the same brass bed, and its mattress, sheets and blankets repeatedly are depicted. Also, the same furniture, an electric fan, and other objects repeatedly appear. Additionally, this same bedroom is identified by the location of its two windows, an air conditioner unit, and window shades. The photos depict ▮▮▮▮ with a phallic object on or in her vagina. Several pictures depict ▮▮▮▮ performing a sexual act on an erect adult penis, and with her hands tied with white string/cord to the headboard of a brass bed. The photos depict ▮▮▮▮ in adult clothing, to include a black slip/nightgown, black high heel shoes, and black sandal type shoes. Other pictures include ▮▮▮▮ dressed in what appears to be a child's clothing, including a type of purple/teal bathing suit top, and red, black, blue and white stockings. Other pictures show ▮▮▮▮ posing with stick-on tattoos, painted fingernails and toenails, and in green and pink floral panties.

13. Upon first observing the images on the referenced 15 disks, Detectives Shanahan and Wilson recognize the background and setting depicted in most of these photos as the master bedroom of ███████████.  The Detectives further recognize the room from its contents, as they existed when the search warrant was executed. Attached as Exhibits 1 - 12 are photos the Detectives took on the day the state search warrant was executed. Ex. 1 depicts the exterior of the house. The master bedroom is located on the second floor, on the front, left side. Ex. 2 and 3 depict the master bedroom and the same brass bed, pillows, sheets, blankets, fan, furniture, window shade, wall hanging and other items observed in the referenced photo sessions with ███████.  Ex. 4 depicts the night stand depicted in the foreground to Ex. 2. The open drawer shows the numerous bottles of finger nail polish. Exhibits 5-9 show the room from left to right and your affiant also recognizes the depicted items from the ███████ photo sessions. Ex. 10 depicts an open drawer of the dresser depicted next to the brass bed in Ex. 3. The open drawer depicts the purple/teal bathing suit type top, green panties and other clothing consistent with that worn by ███████ in the referenced photo sessions. Ex. 11-12 depict open drawers of the dresser within the master bedroom. Ex. 11 depicts the adult women's shoes and the dildo referenced above in the description of the photo sessions. Ex. 12 depicts what appears to be the

8

black slip/nightgown reference above. It should be noted that with the exception of computer hardware and storage media, the items depicted in Ex. 1-12 were not seized by NCCPD at the time of the search warrant, as their significance was not then known.

    14. According to a recent review of New Castle County Property Records, the premises remains in the name of ▓▓▓▓▓▓ ▓▓▓▓▓▓ believed to be Phillips' mother. Your affiant did a recent drive by of the premises and observed that Phillips' car was the only vehicle parked outside the residence. No persons were seen at the premises.

## CONCLUSION

    15. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that evidence of the commission of a criminal offenses, namely, violations of 18 U.S.C. § 2251, is located within the premises of ▓▓▓▓▓▓▓▓▓▓▓ New Castle, DE 19720. Your affiant, therefore, respectfully requests that a warrant be issued authorizing the search of the entire premises for the items listed in Attachment A, and further authorizing the affiant and her fellow FBI agents to photograph the entire premises, and further authorizing that officers of the New Castle County Police Department be permitted to assist the FBI in the execution of the

search.

_____
SA Michelle Carron Taylor, FBI

Sworn and subscribed before me
this 16th day of June 2008

_____
Honorable Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE