AO 93 (Rev. 5/85)  Search Warrant

# United States District Court

DISTRICT OF _____Delaware_____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ New Castle, DE 19720, depicted in Exhibit 1 of the affidavit

**SEARCH WARRANT**

CASE NUMBER: 08-107M

2008 JUN 23 PM 1:15

TO: __SA Michelle Taylor, FBI__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___SA Michelle Taylor, FBI___ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, New Castle, DE, described more particularly above

in the _____ District of ___Delaware___ there is now concealed a certain person or property, namely (describe the person or property)

see Attachment A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____June 26, 2008____
                                                                Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                                   U.S. Judge or Magistrate
as required by law.

__June 16, 2008  5:01 p.m.__  at  __Wilmington, DE__
Date and Time Issued                 City and State

Honorable Mary Pat Thynge
United States Magistrate Judge

Name and Title of Judicial Officer        Signature of Judicial Officer

COPY





## ATTACHMENT A

### LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. All female clothing, both adult and childrens, including that depicted in Exhibits 1-12 of the affidavit..

2. All dildos and sex toys, including those depicted in Exhibits 1-12 of the affidavit.

3. All furniture, bedding, wall hangings and other items depicted in Exhibits 1-12 of the affidavit.

4. All nail polish, tattoo kits, and white string/cord.

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 16, 2008 | June 17, 2008 | ▮▮▮▮▮▮▮▮▮▮ |

INVENTORY MADE IN THE PRESENCE OF

SA Peter A. Gangel

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

see attached

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* U.S. Judge or Magistrate      6/23/08   Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305C-BA-109548

On (date) 6/17/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) [redacted]
(City) New Castle, DE

Description of Item(s):
(1) Blue Suitcase with children and ladies clothing and miscl. sex toys. (found in attic)
(2) paper sack miscl. ladies clothes & purple dress
(3) miscl. ladies clothing white dress included in sack
(4) sack containing black tights, blue/green bikini top along with miscl ladies clothing
(5) childrens clothing including one piece pink bathing suit, black knee highs, red stockings
(6) Make up kit in silver case
(7) pair of black shoes
(8) comforter from bed (found in Room D)
(9) PANDA PRINT
(10) tin of nail polish
(11) Handcuffs with belt

Received By: [redacted] (Signature)    Received From: Peter A. [signature] (Signature)